AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A single family house located at 5515 South Boulder Road in Boulder, Colorado, 80303 in unincorporated Boulder County described in more detail in Attachment A

)
)
)
)   Case No.
)
)
)
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __10/30/19__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate Judge S. Kato Crews__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/16/2019, 6:37 pm__                    _____/s/ illegible signature_____
                                                                                                         *Judge's signature*

City and state:  __Denver, CO__                                        __Magistrate Judge S. Kato Crews__
                                                                                                    *Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 10/18/2019; 9:15 a.m. | Copy of warrant and inventory left with: N/A (left at residence) |
| Inventory made in the presence of : N/A (residence was uninhabited) |||
| Inventory of the property taken and name of any person(s) seized: Please see attached list. Nothing further |||

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:28 pm, Oct 31, 2019
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/21/2019

_Executing officer's signature_

Justin Stern, FBI Special Agent
_Printed name and title_

1

| Description |
| --- |
| (1) Key Bank Check (blank), Andrew Courson |
| Handwritten paper |
| Calendars, notes, bank, financial and personal paperwork |
| Debit card, checks, checkbooks in box |
| Handwritten note, sealed mail, receipt |
| Verizon cell phone |
| FujiFilm digital camera with SD card inside |
| "360 Checking" Checkbook, Andrew Courson |
| (2) sealed letters addressed to Shawn Vencel |
| Paperwork and receipts from interior of burnt BMW |
| Bank of the West checkbook folio |
| Pill bottle (no lid, no pills), Faye Vencel |
| Save B Mag 17 |
| Bank of the West checkbook, (1) Key Bank check |
| 16MB thumb drive |
| AT&T Flip phone |
| Ruger new model single 6 |
| (1) Key Bank check, Andrew Courson |

| |
|---|
| Medical paperwork |
| Paperwork and mail from bread box |
| BMW Paperwork |
| (5) rounds Hornady ammo |
| Paperwork and receipts |
| Cut debit card, Tanner L Jones |
| Sealed mail addressed to Shawn Vencel |
| Sharps container with syringes and drug paraphernalia, documented but not seized |
| Court paperwork |
| HP All-In-One |
| Financial paperwork |
| Green shot shell |
| Drugs evidence, documented but not seized |
| Progressive paperwork |
| UPS envelope, addressed to Shawn Vencel |
| Bill of sale for boat |
| Handwritten notes, invoices and financial documents |
| Bank of America checkbook, Shawn Vencel |
| Debit card, gift card, blank check |

| |
|---|
| General vehicle paperwork |
| Glass pipe |
| Pill bottle with lid, Faye Vencel |
| Envelope with name "Catherine Schmidt" |
| Wells Fargo Checkbook folio |
| Medical and financial documents |
| Financial documents |
| Credit card |
| (2) Shot shells |
| Impression Device |
| Financial documents |
| Debit card, Shawn Vencel |
| Financial paperwork and mail |
| Mail with different addresses, practice prescription |
| (5) cartridges |
| Brinks money debit card, Shawn Williams |
| Drugs evidence, documented but not seized |
| Court paperwork from Room I nightstand |
| Mail to various names |

| |
|---|
| Employment and financial paperwork |
| Pipe |
| Green bag of white powder |
| Medical documents from Room I nightstand |
| Financial documents and sealed envelope |
| Tax notice and chase receipt |
| (2) green shot shells |
| Wells Fargo paperwork |
| Handwritten notes, credit card documents, tax returns |
| Documents from boat, Oxycodone prescription drug paperwork |